# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jess H. Anaya,

    Plaintiff(s),

vs.

Jo Anne B. Barnhart,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3-04-cv-583

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/28/05 Order.

**Signed: June 29, 2005**

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court